UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

PAUL TALAMANTEZ #406724,

    Plaintiff,

v.

HEIDI WASHINGTON,

    Defendant.

_____/

Case No. 1:23-cv-1171

Honorable Jane M. Beckering

## **ORDER**

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On August 19, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (ECF No. 10).

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee, owed by Paul Talamantez #406724 in this case, shall be waived, and the MDOC shall no longer collect the remaining filing fee in this case.

**IT IS SO ORDERED**.

Dated:    August 21, 2024

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge